NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Mark E. Christensen, Esq. / Scott J. Sterling, Esq.
CHRISTENSEN EHRET
1629 Cravens Avenue
Torrance, CA 90501
Tel: 310-222-8607

CLEAR FORM

ATTORNEY(S) FOR: Plaintiff AMERICAN GUARD SERVICES, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GUARD SERVICES, INC., a California corporation<br><br>Plaintiff(s),<br>v.<br><br>FIRST MERCURY INSURANCE COMPANY, an Illinois corporation; Does 1-10, inclusive<br><br>Defendant(s) | CASE NUMBER:<br><br>2:15-cv-09259-MRW<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for      AMERICAN GUARD SERVICES, INC.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| AMERICAN GUARD SERVICES, INC. | PLAINTIFF |
| FIRST MERCURY INSURANCE COMPANY | DEFENDANT |

December 01, 2015
Date

Signature   Scott J. Sterling

Attorney of record for (or name of party appearing in pro per):

Plaintiff AMERICAN GUARD SERVICES, INC.

CV-30 (05/13)                         NOTICE OF INTERESTED PARTIES