NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
G. GEOFFREY ROBB (131515)
KONSTANTIN SAVRANSKY (267707)
GIBSON ROBB & LINDH LLP
201 Mission Street, Suite 2700, San Francisco, California 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001
Email: grobb@gibsonrobb.com; ksavransky@gibsonrobb.com

ATTORNEY(S) FOR: Defendant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| AMERICAN GUARD SERVICES, INC. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:15-cv-09259-MRW |
| v. | |
| FIRST MERCURY INSURANCE COMPANY, et al. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     First Mercury Insurance Company
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| - American Guard Services, Inc. | - Plaintiff |
| - First Mercury Insurance Company | - Defendant |
| - First Mercury Financial Corporation | - First Mercury Insurance Company is a subsidiary of First Mercury Financial Corporation. |

January 7, 2016      /s/ KONSTANTIN SAVRANSKY
Date      Signature

Attorney of record for (or name of party appearing in pro per):

First Mercury Insurance Company