1  G. GEOFFREY ROBB (131515)
   KONSTANTIN SAVRANSKY (267707)
2  GIBSON ROBB & LINDH LLP
   201 Mission Street, Suite 2700
3  San Francisco, California 94105
   Telephone: (415) 348-6000
4  Facsimile: (415) 348-6001
   Email: grobb@gibsonrobb.com
5         ksavransky@gibsonrobb.com

6  Attorneys for Defendant
   FIRST MERCURY INSURANCE COMPANY
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| AMERICAN GUARD SERVICES INC., a California corporation, | Case No. 2:15-cv-09259-MRW |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| v. | Complaint Served: December 10, 2015<br>Current Response Date: December 31, 2015<br>New Response Date: January 29, 2016 |
| FIRST MERCURY INSURANCE COMPANY, an Illinois corporation; and DOES 1 - 10, inclusive, | |
| Defendants. | Complaint Filed: December 1, 2015<br>Trial Date: None set |

21     Defendant First Mercury Insurance Company and Plaintiff American Guard
22  Services Inc., by and through the undersigned counsel, and pursuant to Local Rule
23  8-3, hereby stipulate to a 30-day extension until Friday, January 29, 2016, for
24  Defendant to respond to Plaintiff's Complaint (Dkt #1). In support of this
25  Stipulation, the parties hereby state the following:
26     1. Plaintiff filed a Complaint (Dkt #1) against Defendant on December 1,
27  2015.
28  ///

2. Defendant was served with Summons and Complaint on December 10, 2015. As such, Defendant's response to the Complaint was due on December 31, 2015.

3. Defendant has requested and Plaintiff has agreed to a 30-day extension for the Defendant to file a responsive pleading in light of the number and complexity of issues in the case. This is Defendant's first request to extend time to respond to the complaint.

4. Local Rule 8-3 states, "A stipulation extending the time to respond to the initial complaint shall be filed with the Clerk. If the stipulation, together with any prior stipulations, does not extend the time for more than a cumulative total of thirty (30) days from the date the response initially would have been due, the stipulation need not be approved by the judge."

IT IS THEREFORE STIPULATED THAT: Defendant First Mercury Insurance Company will have through January 29, 2016, to file a response to Plaintiff's Complaint.

Konstantin Savransky attests that pursuant to L.R. 5-4.3.4(a)(2)(i), all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 7, 2016          CHRISTEN EHRET, LLP

                                By: /s/ Scott J. Sterling
                                Scott J. Sterling
                                Attorneys for Plaintiff American Guard
                                Services, Inc.

DATED: January 7, 2016          GIBSON ROBB & LINDH, LLP

                                By: /s/ Konstantin Savransky
                                Konstantin Savransky
                                Attorneys for Defendant First Mercury
                                Insurance Company