| | |
|---|---|
| | JS-6 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GUARD SERVICES, INC.<br><br>Plaintiff,<br><br>v.<br><br>FIRST MERCURY INSURANCE COMPANY,<br><br>Defendant. | No. CV 15-9259 PA (PJWx)<br><br>JUDGMENT |

In accordance with the Court's April 14, 2017 Minute Order granting defendant First Mercury Insurance Company's ("Defendant") Motion for Summary Judgment, the Court has resolved all of the claims pending in this action,

1.  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Defendant shall have judgment in its favor on plaintiff American Guard Services Inc.'s ("Plaintiff") claims for declaratory relief and breach of contract related to Defendant's duty to defend and duty to indemnify the "Underlying Action" (as that term is defined in the Court's April 14, 2017 Minute Order granting Defendant's Motion for Summary Judgment);

. . . .

. . . .

. . . .

2. IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff shall take nothing and Defendant shall have its costs of suit.

DATED: April 16, 2017

                                                             Percy Anderson
                                     UNITED STATES DISTRICT JUDGE